**Order entered December 22, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00711-CR

**SHEPHARD MAPOLISA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MA-1462666-L**

## ORDER

Before the Court is the State's December 21, 2016 motion to file a supplemental brief.

We **GRANT** the motion and **ORDER** the supplemental brief filed as of the date of this order.

/s/    ADA BROWN
        JUSTICE